UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORN JEFFERY ARNOLD,

    Plaintiff,

Case No. 13-13468

Honorable Nancy G. Edmunds

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                                  /

## ORDER AND OPINION ACCEPTING THE MAGISTRATE JUDGE'S JANUARY 13, 2015 REPORT AND RECOMMENDATION [10]

Currently before the Court is the magistrate judge's January 13, 2015 report and recommendation. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

It is further ordered that Plaintiff's Motion for Summary Judgment [#17] is DENIED, Defendant's Motion for Summary Judgment [#20] is GRANTED, and Plaintiff's Complaint is hereby DISMISSED.

    SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: February 5, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 5, 2015, by electronic and/or ordinary mail.

        s/Carol J. Bethel
        Case Manager